# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
Third Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Julio A. Martinez          JOINT DEBTOR: Iluminada Martinez          CASE NO.:13-25578-AJC
Last Four Digits of SS#9487        Last Four Digits of SS#9770

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditor's pro-rata under the plan:

    A.    $970.00 for months 1 to 60; in order to pay the following creditors:

Administrative:      Attorney's Fee - $ 3,650 + 775 (Motion to Value) = $4,425 TOTAL PAID $2,500
                      Balance Due        $ 1,925 payable $ 192.50 /month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a) (5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date    $0.00
Address:                             Arrears Payment    $ 0.00 /month (Months __ to __)
                                     Regular Payment    $ 0.00 /month (Months __ to __)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank Loan No: xxxx0001 | Homestead: 9903 NW 9 Street Circle #1-1, Miami, FL 33172 $100,030.00 | 0% | None | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                    Total Due $_____
                       Payable               $_____/month (Months__ to _) Regular Payment $

Unsecured Creditors: Pay $ 680.50 /month (Months 1 to 10); Pay $ 873.00 /month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions not included Above: Debtors are current and paying Wells Fargo Home Mortgage (Loan No: xxxx4533) and World Omni Financial Corporation for their 2011 Toyota Rav 4 and 2011 Toyota Corolla directly outside the plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the
deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Julio A. Martinez_                                    _/s/ Iluminada Martinez_
Debtor                                                      Joint Debtor
Date: 12-7-13                                               Date: 12-7-13

LF-31 (rev. 01/08/10)